```
ROGER A. BERGMANN
State Bar No. 733
A Professional Corporation
4947 W. Lakeridge Terrace Lane
Reno, Nevada 89509

Attorney for Garry D. Stone, Water Master
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * * * *

THE UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                                     IN EQUITY

ALPINE LAND & RESERVOIR COMPANY,      No. D-183 LDG
a corporation, et al.,

        Defendant.
_____/

**NOTICE OF THE FILING OF PETITION OF THE WATER MASTER
FOR AN ORDER APPROVING HIS BUDGET FOR 2010-2011, FOR CREATING
ASSESSMENTS, FOR THE TIME OF HEARING THEREOF, AND
OF THE FILING BY THE WATER MASTER OF AN AUDITED
<u>REPORT FOR THE FISCAL YEAR ENDING SEPTEMBER 30, 2010.</u>**

TO:  ALL INTERESTED PERSONS:

    **YOU ARE HEREBY NOTIFIED** that on December 6, 2010, a petition for entry of an order approving his budget for the period October 1, 2010, to September 30, 2011, and creating an assessment of TWO HUNDRED SEVENTY THOUSAND DOLLARS ($270,000.00) was filed in the above-entitled matter in the office of the Clerk of the above entitled Court at Reno, Nevada, by GARRY D. STONE, Water Master appointed herein. Attached to said petition is the Water Master's estimated budget for the period from October 1, 2010 to September 30, 2011.

    **YOU ARE FURTHER NOTIFIED** that said Water Master has made his report audited by the accounting firm of Strong McPherson, Ltd.,

which report was filed on December 6, 2010, and the Water Master requests approval of their audited report.

**YOU ARE FURTHER NOTIFIED** that any water users or interested persons may examine the aforesaid proposed budget and petition for order approving same, and the said audited report at the office of the Clerk of the above-entitled Court at the <u>Federal Court Building, 400 South Virginia Street, Third Floor, Reno, Nevada, 89501,</u> and may, if they so desire, file written objections to either or any of them.

**YOU ARE FURTHER NOTIFIED** that the hearing on the above petition and any objections thereto, will be held on the Third Floor, before the Honorable LLOYD D. GEORGE, Federal Court Building, 400 South Virginia Street, Third Floor, Reno, Nevada 89501, on Tuesday, the 15th day of February, 2011 at 10:00 o'clock AM.

**YOU ARE FURTHER NOTIFIED** that in the event no objections are filed in this matter before 8th day of February, 2011 at the Court's discretion, an order may be entered based on the facts set forth in the petition filed herein.

DATED this 7th day of December, 2010.

Lance S. Wilson, Clerk
United States District Court

By: //s//
Deputy Clerk, Judy Harris