Don Springmeyer, Esq.
Nev. Bar No. 1021
dspringmeyer@wrslawyers.com
Christopher W. Mixson, Esq.
Nev. Bar No. 10685
cmixson@wrslawyers.com
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3556 E. Russell Rd.
Las Vegas, NV  89120
(702) 341-5200

*Attorneys for Petitioner Pyramid Lake Paiute Tribe*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>THE PYRAMID LAKE PAIUTE TRIBE OF INDIANS,<br><br>  Petitioner,<br><br>vs.<br><br>ALPINE LAND & RESERVOIR CO., et. al.,<br><br>  Defendants. | Case No. 3:73-cv-00183-LDG<br>In Equity D-183<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL AND DISMISSAL OF CLAIM WITH PREJUDICE (MERTENS, RAY E & BRUNA L)** |

### STIPULATION

Pursuant to Fed.R.Civ.P. 15(a), 21, and 41, Petitioner Pyramid Lake Paiute Tribe (Tribe), and Respondents, RAYMOND E. MERTENS and BRUNA L. MERTENS, with the Tribe reserving all rights regarding all other claims against all other Respondents hereby stipulate to the withdrawal and dismissal with prejudice of the following claim asserted in the

1

Tribe's Petition to Declare that Certain Claimed Water Rights within the Carson Division of the Newlands Reclamation Project Do Not Exist:

| PLPT Ref. # | Township | Range | Section | QQ Section | Acres | TCID No. | Name(s) |
|---|---|---|---|---|---|---|---|
| 1032 | 18 | 29 | 16 | 5 | 3.8 | 257 | Mertens Ray E & Bruna L |
| 1033 | 18 | 29 | 16 | 11 | 4.7 | 257 | Mertens Ray E & Bruna L |
| 1034 | 18 | 29 | 16 | 6 | 1.7 | 257 | Mertens Ray E & Bruna L |
| 1035 | 18 | 29 | 16 | 12 | 4.6 | 257 | Mertens Ray E & Bruna L |

Therefore, the whole of PLPT Reference Numbers 1032, 1033, 1034 and 1035 are hereby withdrawn and dismissed with prejudice with each party to bear its own attorneys' fees. No other claims are dismissed and the Tribe expressly reserves all its rights to prosecute any and all other claims in the Petition.

Dated: 7/11/12

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

Don Springmeyer, Esq.
Christopher W. Mixson, Esq.
Attorneys for Petitioner Pyramid Lake Paiute Tribe

Dated: 7-2-12

Raymond E. Mertens
4525 Testolin Road
Fallon, NV  89406

Dated: 7-2-12

Bruna L. Mertens
4525 Testolin Road
Fallon, NV  89406

**ORDER**

It is so ordered.

Dated: 7 Aug 2012

_____
UNITED STATES DISTRICT JUDGE

2