UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| THE UNITED STATES OF AMERICA, | Case No. 3:73-cv-00183-LDG |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ALPINE LAND & RESERVOIR CO., et al., | |
| Defendant. | |

Good cause being shown, it is hereby ordered that the Clerk of the Court shall transfer the South Tahoe Public Utility District's Motion for Order Approving Change in Point of Diversion, Place and Manner of Use of Decreed Water Rights in California from the above-entitled action to a separate subfile, numbered 3:73-cv-_____-LDG. The South Tahoe Public Utility District shall forthwith publish, once a week for five consecutive weeks, the following order in The Record-Courier, Gardnerville, Nevada:

> IT IS ORDERED that the heretofore filed motion of the South Tahoe Public Utility District for an Order Approving Change in Point of Diversion, Place and Manner of Use of Decreed Water Rights in California identified as Claims Nos. 51, 52, 470, 471, 472 and 473 in the Final Decree entered in Case No. 3:73-cv-00183-LDG, be transferred to a separate file to be designated as 3:73-cv-_____-LDG.

SB 624545 v1:037627.0138

1   All parties interested in the motion are referred to the file contained in the office of the Clerk of the United States District Court for the District of Nevada, 400 South Virginia Street, Reno, Nevada, 89501, or through the Court's website, http://www.nvd.uscourts.gov/, for further particulars. Any party objecting to the said motion shall file its objections on or before """"""Hkfc{."Lcpwct{"6          , 2015. A hearing hereon will be held before this Court on  Hkfc{."Hgdtwct{"3  , 201 5, at  32<22   a.m.

Dated: October 19, 2012

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

BROWNSTEIN HYATT FARBER SCHRECK, LLP
21 East Carrillo Street
Santa Barbara, CA 93101

SB 624545 v1:037627.0138

2