___ FILED          _X_ RECEIVED
___ ENTERED        ___ SERVED ON
       COUNSEL/PARTIES OF RECORD

DEC 10 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

ROGER A. BERGMANN
State Bar No. 733
A Professional Corporation
4947 W. Lakeridge Terrace Lane
Reno, Nevada 89509

Attorney for Chad Blanchard, Water Master

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * * * *

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALPINE LAND & RESERVOIR COMPANY,
a corporation, et al.,

        Defendant.

IN EQUITY

No. D-183 LDG

**NOTICE OF THE FILING OF PETITION OF THE WATER MASTER FOR AN ORDER APPROVING HIS BUDGET FOR 2012-2013, FOR CREATING ASSESSMENTS, FOR THE TIME OF HEARING THEREOF, AND OF THE FILING BY THE WATER MASTER OF AN AUDITED REPORT FOR THE FISCAL YEAR ENDING SEPTEMBER 30, 2012.**

TO:  ALL INTERESTED PERSONS:

YOU ARE HEREBY NOTIFIED that on 12/10/2012, a petition for entry of an order approving his budget for the period October 1, 2012, to September 30, 2013, and creating an assessment of THREE HUNDRED TWENTY THOUSAND DOLLARS ($320,000.00) was filed in the above-entitled matter in the office of the Clerk of the above entitled Court at Reno, Nevada, by CHAD BLANCHARD, Water Master appointed herein.  Attached to said petition is the Water Master's estimated budget for the period from October 1, 2012 to September 30, 2013.

YOU ARE FURTHER NOTIFIED that said Water Master will make his audited report of his books, records, and accounts for fiscal year

1  ending September 30, 2012, by January 15, 2013.

2  **YOU ARE FURTHER NOTIFIED** that any water users or interested persons may examine the aforesaid proposed budget and petition for order approving same, and the said audited report at the office of the Clerk of the above-entitled Court at the <u>Federal Court Building, 400 South Virginia Street, Third Floor, Reno, Nevada, 89501,</u> and may, if they so desire, file written objections to either or any of them.

9  **YOU ARE FURTHER NOTIFIED** that the hearing on the above petition and any objections thereto, will be held on the Third Floor, before the Honorable LLOYD D. GEORGE, Federal Court Building, 400 South Virginia Street, Third Floor, Reno, Nevada 89501, on   Monday  , the 11th day of February, 2013 at   10:00   o'clock a.m. Reno Crtrm TBA.

15  **YOU ARE FURTHER NOTIFIED** that in the event no objections are filed in this matter before   1   day of February, 2013, at the Court's discretion, an order may be entered based on the facts set forth in the petition filed herein.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

December 20, 2012
DATE