```
_____ FILED         __X__ RECEIVED
_____ ENTERED       _____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         DEC 10 2012

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

1 ROGER A. BERGMANN
  State Bar No. 733
2 A Professional Corporation
  4947 W. Lakeridge Terrace Lane
3 Reno, Nevada 89509

4 Attorney for Chad Blanchard, Water Master

5

6              UNITED STATES DISTRICT COURT

7                FOR THE DISTRICT OF NEVADA

8                     * * * * *

9 THE UNITED STATES OF AMERICA,

10            Plaintiff,
     vs.                                       IN EQUITY
11
   ALPINE LAND & RESERVOIR COMPANY,             No. D-183 LDG
12 a corporation, et al.,

13            Defendant.
   _____/
14       NOTICE OF THE FILING OF PETITION OF THE WATER MASTER
     FOR AN ORDER APPROVING HIS BUDGET FOR 2012-2013, FOR CREATING
15        ASSESSMENTS, FOR THE TIME OF HEARING THEREOF, AND
           OF THE FILING BY THE WATER MASTER OF AN AUDITED
16       REPORT FOR THE FISCAL YEAR ENDING SEPTEMBER 30, 2012.

17
   TO:  ALL INTERESTED PERSONS:
18

19     YOU ARE HEREBY NOTIFIED that on __12/10/2012__, a

20 petition for entry of an order approving his budget for the period

21 October 1, 2012, to September 30, 2013, and creating an assessment

22 of THREE HUNDRED TWENTY THOUSAND DOLLARS ($320,000.00) was filed in

23 the above-entitled matter in the office of the Clerk of the above

24 entitled Court at Reno, Nevada, by CHAD BLANCHARD, Water Master

25 appointed herein.  Attached to said petition is the Water Master's

26 estimated budget for the period from October 1, 2012 to September

27 30, 2013.

28     YOU ARE FURTHER NOTIFIED that said Water Master will make his

   audited report of his books, records, and accounts for fiscal year

1  ending September 30, 2012, by January 15, 2013.

2  **YOU ARE FURTHER NOTIFIED** that any water users or interested persons may examine the aforesaid proposed budget and petition for order approving same, and the said audited report at the office of the Clerk of the above-entitled Court at the <u>Federal Court Building, 400 South Virginia Street, Third Floor, Reno, Nevada, 89501,</u> and may, if they so desire, file written objections to either or any of them.

9  **YOU ARE FURTHER NOTIFIED** that the hearing on the above petition and any objections thereto, will be held on the Third Floor, before the Honorable LLOYD D. GEORGE, Federal Court Building, 400 South Virginia Street, Third Floor, Reno, Nevada 89501, on ___Monday___, the 11th day of ___February, 2013___ at __10:00__ o'clock a.m. Reno Crtrm TBA.

15 **YOU ARE FURTHER NOTIFIED** that in the event no objections are filed in this matter before __1__ day of __February, 2013__, at the Court's discretion, an order may be entered based on the facts set forth in the petition filed herein.

LANCE S. WILSON　　　　　　　　　　　　　December 20, 2012
CLERK　　　　　　　　　　　　　　　　　　DATE
*Lance S. Wilson*
(By) DEPUTY CLERK