1 | Laura A. Schroeder, NSB 3595
Therese A. Ure, NSB 10255
2 | 440 Marsh Avenue
Reno, Nevada 89509
3 | Telephone: (775) 786-8800
Fax: (877) 600-4971
4 | Email: counsel@water-law.com

5 | *Of Attorneys for Respondents*

6

7

8

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

9

10

11 | UNITED STATES OF AMERICA,

                  Plaintiff,

12

v.

13

ALPINE LAND AND RESERVOIR CO., et al,

14

                  Defendants.

15

Case No. 3:73-CV-00183-LDG
In Equity A-183

**SCHROEDER RESPONDENTS'
    ORDER AND PARTIAL
FINAL JUDGMENT**

16

17       Schroeder respondents Churchill County, Nevada, Donald Lamee, Charlene Currie,

18 Norman Frey, Daniel and Julie Wolf and Howard W. Wolf Family Trust, William and Gwen

19 Washburn, Janet Smith and Barbara Hodges, Joan Johnson, Wilmer and Betty Rau, Carlon

20 Dodge, David and Margo Jordan, and Marshall and Joanne Brown (hereinafter "Schroeder

21 Respondents"), by and through their attorneys of record, Laura A. Schroeder and Therese A.

22 Ure, of Schroeder Law Offices, P.C., hereby submit this proposed order and partial final

23 judgment.

24       Schroeder Respondents' filed a Motion for FRCP 54(b) Partial Final Judgment on April

25 22, 2013 (Document 3187). Petitioner Pyramid Lake Paiute Tribe filed a response on May 9,

26

**Page 1 - SCHROEDER RESPONDENTS'**      **ORDER AND PARTIAL FINAL JUDGMENT**



440 Marsh Avenue
Reno, NV 89509
PHONE (775) 786-8800   FAX (877) 600-4971

1  2013 (Document 3189), and Schroeder Respondents' filed a Reply on May 16, 2013 (Document

2  3190).

3       The Court having reviewed the arguments presented, and in consideration of Fed. R. Civ.

4  P. 58, hereby orders and issues Final Judgment of Dismissal from case 3:73-CV-00183-LDG as

5  follows:

6    1) Dismissing Churchill County and claims involving TCID serial Nos. 460-1 and 460-1-A

7      with prejudice;

8    2) Dismissing Churchill County and claims involving TCID serial Nos. 129, 48, 115, 556-6,

9      102-1, 499, 567-3, 611-1, 611-1-B-1, 611-1-B-2, 6, 6-A-B, 6-A-B-1, 6-A-B-2, 29-B, 119-

10     3, 119-3-B, 135, 135-4, 219, 219-A, 284, 284-C, 531, 531-A, 580 and 580-A without

11     prejudice;

12   3) Dismissing Donald Lamee and claims involving TCID serial No. 174-3 without

13     prejudice;

14   4) Dismissing Donald Lamee and claims involving TCID serial No. 179 with prejudice;

15   5) Dismissing Charlene Currie and claims involving TCID serial No. 581-1 without

16     prejudice;

17   6) Dismissing Norman Frey and claims involving TCID serial Nos. 399-1 and 554-2

18     without prejudice;

19   7) Dismissing Howard W. Wolf Family Trust and claims involving TCID serial Nos. 864

20     and 864-1 without prejudice;

21   8) Dismissing William and Gwen Washburn and claims involving TCID serial Nos.: 228-1,

22     283, 289, 292, 294 and 294-2 without prejudice;

23   9) Dismissing Janet Smith and Barbara Hodges and claims involving TCID serial No. 194-2

24     without prejudice;

25   10) Dismissing Joan Johnson and claims involving TCID serial No. 598-4 without prejudice;

26 / / /

**Page  2 -SCHROEDER RESPONDENTS'**      **ORDER AND PARTIAL FINAL JUDGMENT**



440 Marsh Avenue
Reno, NV 89509
PHONE (775) 786-8800   FAX (877) 600-4971

1    11) Dismissing Wilmer and Betty Rau and claims involving TCID serial No. 566-2-A-1

2        without prejudice;

3    12) Dismissing Carlon Dodge and claims involving TCID serial Nos. 9, 9-A, 9-B and 9-C

4        without prejudice;

5    13) Dismissing David and Margo Jordan and claims involving TCID serial No. 101-1-B

6        without prejudice; and

7    14) Dismissing Marshall and Joanne Brown and claims involving TCID serial No. 452-2

8        without prejudice.

9    THE COURT **ORDERS** that Schroeder Respondents' Order and Partial Final Judgment is

10    GRANTED and ISSUED.

11

12    DATED this _13_ day of _____August_____, 2013

13

14                               Lloyd D. George

15                               United States District Judge

16

17    Submitted By:

18    Laura A. Schroeder, NSB 3595
Therese A. Ure, NSB 10255

19    440 Marsh Avenue
Reno, Nevada 89509

20    Telephone: (775) 786-8800
Fax: (877) 600-4971

21    Email: counsel@water-law.com

22    *Of Attorneys for Respondents*

23

24

25

26

**Page 3 - SCHROEDER RESPONDENTS'**      **ORDER AND PARTIAL FINAL JUDGMENT**

