```
1  Laura A. Schroeder, NSB 3595
   Therese A. Ure, NSB 10255
2  440 Marsh Avenue
   Reno, Nevada 89509
3  Telephone: (775) 786-8800
   Fax: (877) 600-4971
4  Email: counsel@water-law.com

5  Of Attorneys for Respondents
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:73-CV-00183-LDG |
| v. | In Equity A-183 |
| ALPINE LAND AND RESERVOIR CO., et al, | **SCHROEDER RESPONDENTS' ORDER AND PARTIAL FINAL JUDGMENT** |
| Defendants. | |

Schroeder respondents Churchill County, Nevada, Donald Lamee, Charlene Currie, Norman Frey, Daniel and Julie Wolf and Howard W. Wolf Family Trust, William and Gwen Washburn, Janet Smith and Barbara Hodges, Joan Johnson, Wilmer and Betty Rau, Carlon Dodge, David and Margo Jordan, and Marshall and Joanne Brown (hereinafter "Schroeder Respondents"), by and through their attorneys of record, Laura A. Schroeder and Therese A. Ure, of Schroeder Law Offices, P.C., hereby submit this proposed order and partial final judgment.

Schroeder Respondents' filed a Motion for FRCP 54(b) Partial Final Judgment on April 22, 2013 (Document 3187). Petitioner Pyramid Lake Paiute Tribe filed a response on May 9,



2013 (Document 3189), and Schroeder Respondents' filed a Reply on May 16, 2013 (Document 3190).

The Court having reviewed the arguments presented, and in consideration of Fed. R. Civ. P. 58, hereby orders and issues Final Judgment of Dismissal from case 3:73-CV-00183-LDG as follows:

1) Dismissing Churchill County and claims involving TCID serial Nos. 460-1 and 460-1-A with prejudice;

2) Dismissing Churchill County and claims involving TCID serial Nos. 129, 48, 115, 556-6, 102-1, 499, 567-3, 611-1, 611-1-B-1, 611-1-B-2, 6, 6-A-B, 6-A-B-1, 6-A-B-2, 29-B, 119-3, 119-3-B, 135, 135-4, 219, 219-A, 284, 284-C, 531, 531-A, 580 and 580-A without prejudice;

3) Dismissing Donald Lamee and claims involving TCID serial No. 174-3 without prejudice;

4) Dismissing Donald Lamee and claims involving TCID serial No. 179 with prejudice;

5) Dismissing Charlene Currie and claims involving TCID serial No. 581-1 without prejudice;

6) Dismissing Norman Frey and claims involving TCID serial Nos. 399-1 and 554-2 without prejudice;

7) Dismissing Howard W. Wolf Family Trust and claims involving TCID serial Nos. 864 and 864-1 without prejudice;

8) Dismissing William and Gwen Washburn and claims involving TCID serial Nos.: 228-1, 283, 289, 292, 294 and 294-2 without prejudice;

9) Dismissing Janet Smith and Barbara Hodges and claims involving TCID serial No. 194-2 without prejudice;

10) Dismissing Joan Johnson and claims involving TCID serial No. 598-4 without prejudice;

///



SCHROEDER LAW OFFICES, P.C.
440 Marsh Avenue
Reno, NV 89509
PHONE (775) 786-8800   FAX (877) 600-4971

11) Dismissing Wilmer and Betty Rau and claims involving TCID serial No. 566-2-A-1 without prejudice;

12) Dismissing Carlon Dodge and claims involving TCID serial Nos. 9, 9-A, 9-B and 9-C without prejudice;

13) Dismissing David and Margo Jordan and claims involving TCID serial No. 101-1-B without prejudice; and

14) Dismissing Marshall and Joanne Brown and claims involving TCID serial No. 452-2 without prejudice.

THE COURT **ORDERS** that Schroeder Respondents' Order and Partial Final Judgment is GRANTED and ISSUED.

DATED this 13 day of August, 2013

_____
Lloyd D. George
United States District Judge

Submitted By:

Laura A. Schroeder, NSB 3595
Therese A. Ure, NSB 10255
440 Marsh Avenue
Reno, Nevada 89509
Telephone: (775) 786-8800
Fax: (877) 600-4971
Email: counsel@water-law.com

*Of Attorneys for Respondents*


SCHROEDER LAW OFFICES, P.C.
440 Marsh Avenue
Reno, NV 89509
PHONE (775) 786-8800   FAX (877) 600-4971