ROGER A. BERGMANN
State Bar No. 733
A Professional Corporation
4947 W. Lakeridge Terrace Lane
Reno, Nevada 89509

Attorney for Chad Blanchard, Water Master

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

* * * * *

THE UNITED STATES OF AMERICA,

     Plaintiff,

  vs.

ALPINE LAND & RESERVOIR COMPANY
a corporation, et al,

     Defendant.
_____/

IN EQUITY
3:73-CV-00183-LDG

**ORDER APPROVING WATER MASTER'S BUDGET FOR 2015-2016;
CREATING AN ASSESSMENT TO REPLENISH THE FUND HERETOFORE
ESTABLISHED TO PAY THE EXPENSE OF CONDUCTING
THE WATER MASTER'S OFFICE, APPORTIONING THE COSTS
THEREOF, PROVIDING THE MANNER AND METHOD OF
COLLECTION THEREOF, AND DIRECTING THE DISTRIBUTION
OF THE WATERS OF THE CARSON RIVER WHEN NECESSARY**

BE IT REMEMBERED that the petition of CHAD BLANCHARD, Water Master appointed herein to administer the Final Decree entered on December 18, 1980, asking that an assessment be created to replenish the fund heretofore established to pay the expenses of conducting the office of the Water Master for the period from October 1, 2015, to September 30, 2016, and for such other action as might seem meet and proper in the premises, having

been filed with the Clerk of this Court on November 13, 2015,
and proper notice having been given to all parties of the filing
of said petition, and all parties having the opportunity to
enter objections thereto, and no objections having been entered
by any party to the said petition and proposed budget and good
cause appearing,

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1.   That the budget submitted by the Water Master on
November 13, 2015, as part of his petition, is hereby approved
and the Water Master is hereby authorized and directed to pay to
himself as Water Master the salary indicated in said budget, to
employ assistants as may be necessary and to pay all necessary
expenses incurred in administering the Final Decree issued
herein, as provided for in said budget.

2.   That in order to provide a means for the payment of
further expense of conducting the Water Master's office,
particularly for the period from October 1, 2015, to September
30, 2016, there is hereby created an assessment in the sum of
THREE HUNDRED TWENTY THOUSAND DOLLARS ($320,000.00).

3.   That the water users within the Truckee-Carson
Irrigation District, by and through the Truckee-Carson
Irrigation District, pay to the Water Master one-fifth (1/5) of
the said assessment, to wit, the sum of SIXTY-FOUR THOUSAND
DOLLARS ($64,00.00), said payment to be made on or before April

1  30, 2016.

2      4.    That the balance of said assessment be assessed

3  against all of the remaining water users on the Carson River

4  subject to the jurisdiction of this Court, on a prorata bases of

5  FOUR DOLLARS AND 10 CENTS ($4.10) per acre, according to the

6  irrigable acreage possessed by said water users, said payments

7  to be made to the Water Master on or before April 30, 2016, it

8  being provided, however, that the minimum charge assessed

9  against any water user shall not be less than FORTY-ONE DOLLARS

10  AND NO CENTS ($41.00).

11      5.    That the Clerk of this Court give notice of the

12  required payments to be made by each water user by mailing a

13  copy of this order and the notice annexed hereto to each

14  attorney appearing of record for the plaintiff and sundry

15  defendants in this cause within five (5) days of the entry of

16  this order; the Water Master is further directed to give such

17  notice to the parties hereto and their successors and assigns by

18  publishing a copy of the notice annexed hereto in the following

19  newspapers:  Nevada Appeal, P.O. Box 2288, Carson City, Nevada,

20  89701; Record-Courier, P.O. Box 2288, Carson City, Nevada 89702-

21  2288; Lahontan Valley News, P.O. Box 1297, Fallon, Nevada 89407-

22  1297 and Mason Valley News, P.O. Box 841, Yerington, Nevada

23  89447, once a week for two (2) consecutive weeks.

24      6.    That the prorata amounts so assessed against the water

1  users on the Carson River on the basis of the water righted

2  acreage possessed by said water users shall become and be a lien

3  against said water righted lands until paid, and that the Water

4  Master be, and hereby is, directed to enforce the collection of

5  said assessments, together with a reasonable late fee not less

6  than TEN DOLLARS ($10.00), in the manner provided by law, and is

7  further ordered to cut off water deliveries from any water user

8

9  who is in default in any said required payments.

10      7.    That said Water Master, CHAD BLANCHARD, be and hereby

11  is, directed to make a report and submit an audit by a certified

12  public accountant of his books, records, and accounts annually

13  on or before the 15th day of January 2017.

14      8.    That the Water Master, CHAD BLANCHARD, be and hereby

15  is, directed to continue in effect the surety bond in the sum of

16  FIFTY THOUSAND DOLLARS ($50,000.00) heretofore provided pursuant

17  to his order of appointment for the faithful performance of his

18  duties as custodian of such funds and the property that may be

19

20  in his care.

21      9.    That the Water Master's report and audit for the

22  fiscal year ending September 30, 2016, shall be filed by January

23  15, 2017.  The Water Master's report and audit for the fiscal

24  year ending September 30, 2015 filed on the 30th day of December

25  2015, is hereby approved.

26      10.   That the operation and administration of the Water

27

28

1 Master's office in administering the provisions of the Final

2 Decree for the period from October 1, 2014, to September 30,

3 2015 is hereby approved.

4     11.   That the Water Master begin the distribution of the

5 waters of the Carson River under said Final Decree on such date

6 as the Water Master determines that the distribution of said

7 water under his authority is necessary.

8     12.   That the Water Master is directed to create a funded

9 account pursuant to existing Personnel and Benefits Policy to

10 cover the cost of continuing health insurance on qualified

11 personnel, upon their retirement, and that the cost shall be

12 included in the Water Master's Budget each year until such time

13 as the earned benefit is exhausted.

14     DATED this 24 day of Feb 2016.

15

16

17

18                                   _____
                                      DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28