```
1   Laura A. Schroeder, NSB 3595
    Therese A. Ure, NSB 10255
2   Matthew J. Curti, NSB 12572
    Schroeder Law Offices, P.C.
3   440 Marsh Avenue
    Reno, Nevada 89509
4   Telephone: (775) 786-8800
    Fax: (877) 600-4971
5   Email: counsel@water-law.com

6   Of Attorneys for Churchill County
```

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:73-cv-00183-LDG |
| v. | In Equity A-183 |
| ALPINE LAND AND RESERVOIR CO., *et al.*, | **CHURCHILL COUNTY'S ORDER AND PARTIAL FINAL JUDGMENT** |
| Defendant. | |

Churchill County filed a Motion for Partial Final Judgment on January 20, 2015 (Document 3209) pursuant to FRCP 54(b). Petitioner Pyramid Lake Paiute Tribe filed a response on February 4, 2015 (Document 3210) and Churchill County filed a Reply on February 11, 2015 (Document 3211).

The Court having reviewed the arguments presented, and in consideration of Fed. R. Civ. P. 58, hereby orders and issues Final Judgment of Dismissal from case 3:73-CV-00183-LDG as to the referenced water rights as follows:

///

**Page 1 -   CHURCHILL COUNTY'S [proposed] ORDER AND PARTIAL FINAL JUDGMENT**



SCHROEDER
LAW OFFICES, P.C.

440 Marsh Avenue
Reno, NV 89509
PHONE (775) 786-8800   FAX (877) 600-4971

{P0297448; 0786.02 LMM }

1) Dismissing Churchill County and claims involving TCID serial No. 225-1, once appurtenant to parcels of property owned by Gerald E. & E. C. Bullock, without prejudice;

2) Dismissing Churchill County and claims involving TCID serial No. 530-2-A, once appurtenant to parcels of property owned by Jack E. & C. W. Maples, without prejudice; and

3) Dismissing Churchill County and claims involving TCID serial No. 609-2, once appurtenant to parcels of property owned by Eugene W. & A. Nicholson, without prejudice.

THE COURT ORDERS that Churchill County's Order and Partial Final Judgment is GRANTED and ISSUED.

DATED this 8 day of _____April_____, 2015.

_____
United States District Judge
Lloyd D. George

Submitted By:

Therese A. Ure, NSB 10255
Laura A. Schroeder, NSB 3595
Matthew J. Curti, NSB 12572
440 Marsh Avenue
Reno, Nevada 89509
Telephone: (775) 786-8800
Fax: (877) 600-4971
Email: counsel@water-law.com

*Of Attorneys for Churchill County*

Page 2 -   CHURCHILL COUNTY'S         ORDER AND PARTIAL FINAL JUDGMENT

