```
 1  ROGER A. BERGMANN
 2  State Bar No. 733
    A Professional Corporation
 3  4947 W. Lakeridge Terrace Lane
    Reno, Nevada 89509
 4
 5  Attorney for Chad Blanchard, Water Master
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

THE UNITED STATES OF AMERICA,

          Plaintiff,

vs.                                                              IN EQUITY

ALPINE LAND & RESERVOIR COMPANY,             3:73-cv-00183LDG
a corporation, et al.,

          Defendant.
_____/

**NOTICE OF THE FILING OF PETITION OF THE WATER MASTER
FOR AN ORDER APPROVING HIS BUDGET FOR 2018-2019, FOR CREATING
ASSESSMENTS, FOR THE TIME OF HEARING THEREOF, DIRECTING
THE FILING BY THE WATER MASTER OF AN AUDITED
REPORT FOR THE FISCAL YEAR ENDING SEPTEMBER 30, 2019 .**

TO: ALL INTERESTED PERSONS:

    **YOU ARE HEREBY NOTIFIED** that on  3/26/2019 , a petition for entry of an order approving his budget for the period October 1, 2018, to September 30, 2019, and creating an assessment of THREE HUNDRED THIRTY-FOUR THOUSAND DOLLARS ($334,000.00) was filed in the above-entitled matter in the office of the Clerk of the above entitled Court at Reno, Nevada, by CHAD BLANCHARD, Water Master appointed herein. Attached to said petition is the Water Master's estimated

budget for the period from October 1, 2018 to September 30, 2019.

**YOU ARE FURTHER NOTIFIED** that said Water Master has made his financial report audited by the accounting firm of Strong McPherson, Ltd. for the fiscal year ending September 30, 2018, which report was filed on December 27, 2018, and the Water Master requests approval of their audited report.

**YOU ARE FURTHER NOTIFIED** that any water right holders or interested persons may examine the aforesaid proposed budget and petition for order approving same, and the said audited report at the office of the Clerk of the above-entitled Court at the Federal Court Building, 400 South Virginia Street, Third Floor, Reno, Nevada, 89501, and may, if they so desire, file written objections to either or any of them.

**YOU ARE FURTHER NOTIFIED** that the hearing on the above petition and any objections thereto, will be held on the Third Floor, before the Honorable LLOYD D. GEORGE, Federal Court Building, 400 South Virginia Street, Third Floor, Reno, Nevada 89501, on  Wednesday , the 17th day of April, 2019 at 11:00 o'clock a m.

**YOU ARE FURTHER NOTIFIED** that in the event no objections are filed in this matter before 15th day of April, 2019 , at the Court's discretion, an order may be entered based on the facts set forth in the petition filed herein

DEBRA K. KEMPI  
CLERK  

*(signature)*  

(By) DEPUTY CLERK

April 3, 2019  
DATE