ROGER A. BERGMANN
State Bar No. 733
A Professional Corporation
4947 W. Lakeridge Terrace Lane
Reno, Nevada 89509

Attorney for Chad Blanchard, Water Master

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALPINE LAND & RESERVOIR COMPANY
a corporation, et al,

    Defendant.
_____/

IN EQUITY
3:73-CV-00183-LDG

**ORDER APPROVING WATER MASTER'S BUDGET FOR 2018-2019;
CREATING AN ASSESSMENT TO REPLENISH THE FUND HERETOFORE
ESTABLISHED TO PAY THE EXPENSE OF CONDUCTING
THE WATER MASTER'S OFFICE, APPORTIONING THE COSTS
THEREOF, PROVIDING THE MANNER AND METHOD OF
COLLECTION THEREOF, AND DIRECTING THE DISTRIBUTION
OF THE WATERS OF THE CARSON RIVER WHEN NECESSARY**

**BE IT REMEMBERED** that the petition of CHAD BLANCHARD, Water Master appointed herein to administer the Final Decree entered on December 18, 1980, asking that an assessment be created to replenish the fund heretofore established to pay the expenses of conducting the Office of the Water Master for the period from October 1, 2018, to September 30, 2019, and

for such other action as might seem meet and proper in the premises, having been filed with the Clerk of this Court on December 27, 2018, and proper notice having been given to all parties of the filing of said petition, and all parties having the opportunity to enter objections thereto, and no objections having been entered by any party to the said petition and proposed budget and good cause appearing,

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. That the budget submitted by the Water Master on December 27, 2018, as part of his petition, is hereby approved and the Water Master is hereby authorized and directed to pay to himself as Water Master the salary indicated in said budget, to employ assistants as may be necessary and to pay all necessary expenses incurred in administering the Final Decree issued herein, as provided for in said budget.

2. That in order to provide a means for the payment of further expense of conducting the Water Master's Office, particularly for the period from October 1, 2018, to September 30, 2019, there is hereby created an assessment in the sum of THREE HUNDRED THIRTY-FOUR THOUSAND DOLLARS ($334,000.00).

3. That the water users within the Truckee-Carson Irrigation District, by and through the Truckee-Carson Irrigation District, pay to the Water Master one-fifth (1/5) of the said assessment, to wit, the sum of SIXTY-SIX THOUSAND

EIGHT DOLLARS ($66,800.00), said payment to be made on or before April 30, 2019.

  4. That the balance of said assessment be assessed against all of the remaining water users on the Carson River subject to the jurisdiction of this Court, on a prorata bases of FOUR DOLLARS AND 30 CENTS ($4.30) per acre, according to the irrigable acreage possessed by said water users, said payments to be made to the Water Master on or before April 30, 2018, it being provided, however, that the minimum charge assessed against any water user shall not be less than FORTY-THREE DOLLARS AND NO CENTS ($43.00).

  5. That the Clerk of this Court give notice of the required payments to be made by each water user by mailing a copy of this order and the notice annexed hereto to each attorney appearing of record for the plaintiff and sundry defendants in this cause within five (5) days of the entry of this order; the Water Master is further directed to give such notice to the parties hereto and their successors and assigns by publishing a copy of the notice annexed hereto in the following newspapers: Nevada Appeal, P.O. Box 2288, Carson City, Nevada, 89701; Record-Courier, P.O. Box 2288, Carson City, Nevada 89702-2288; Lahontan Valley News, P.O. Box 1297, Fallon, Nevada 89407-1297 and Mason Valley News, P.O. Box 841, Yerington, Nevada 89447, once a week for two (2) consecutive

weeks.

6. That the prorata amounts so assessed against the water users on the Carson River on the basis of the water righted acreage possessed by said water users shall become and be a lien against said water righted lands until paid, and that the Water Master be, and hereby is, directed to enforce the collection of said assessments, together with a reasonable late fee not less than TEN DOLLARS ($10.00), in the manner provided by law, and is further ordered to cut off water deliveries from any water user who is in default in any said required payments.

7. That the Water Master, CHAD BLANCHARD, be and hereby is, directed to continue in effect the surety bond in the sum of FIFTY THOUSAND DOLLARS ($50,000.00) heretofore provided pursuant to his order of appointment for the faithful performance of his duties as custodian of such funds and the property that may be in his care.

8. That the Water Master's report and audit for the fiscal year ending September 30, 2019, shall be filed by January 15, 2020. The Water Master's report and audit for the fiscal year ending September 30, 2018 filed on the 27th day of December 2018, is hereby approved.

9. That the operation and administration of the Water Master's Office in administering the provisions of the Final

Decree for the period from October 1, 2017, to September 30, 2018 is hereby approved.

10. That the Water Master begin the distribution of the waters of the Carson River under said Final Decree on such date as the Water Master determines that the distribution of said water under his authority is necessary.

11. That the Water Master is directed to create a funded account pursuant to existing Personnel and Benefits Policy to cover the cost of continuing health insurance on qualified personnel, upon their retirement, and that the cost shall be included in the Water Master's Budget each year until such time as the earned benefit is exhausted.

DATED this 22 day of April, 2019.

_____
DISTRICT JUDGE