```
ROGER A. BERGMANN
State Bar No. 733
A Professional Corporation
4947 W. Lakeridge Terrace Lane
Reno, Nevada 89509

Attorney for Chad Blanchard, Water Master
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>vs.<br><br>ALPINE LAND & RESERVOIR COMPANY,<br>a corporation, et al.,<br><br>             Defendant.<br>_____/ | IN EQUITY<br><br>3:73-cv-00183-MDD |

<u>NOTICE OF THE FILING OF PETITION OF THE WATER MASTER FOR AN ORDER APPROVING HIS BUDGET FOR 2020-2021, FOR CREATING ASSESSMENTS, FOR THE TIME OF HEARING THEREOF, DIRECTING THE FILING BY THE WATER MASTER OF AN AUDITED REPORT FOR THE FISCAL YEAR ENDING SEPTEMBER 30, 2021.</u>

TO:   ALL INTERESTED PERSONS:

**YOU ARE HEREBY NOTIFIED** that on  December 31, 2020  , CHAD BLANCHARD, Water Master appointed herein, filed a Petition for an Order:

1. Approving his general budget and creating an assessment in the above entitled matter. Attached to said Petition is the Water Master's estimated budget for the

period from October 1, 2020 to September 30, 2021. The proposed total assessment shown in the Petition is for THREE HUNDRED FIFTY THOUSAND DOLLARS ($350,000.00), and the proposed manner of payment thereof is as provided in the Final Decree in the above entitled matter.

2. Approving his filing of an audited report of his books, records and accounts for the fiscal year ending September 30, 2020, as filed.

3. Approving the operation of the Water Master's office for the time ending with the fiscal year ending September 30, 2020.

4. Approving the bond of the Water Master CHAD BLANCHARD.

**YOU ARE FURTHER NOTIFIED** that any water right holders or interested persons may examine the aforesaid proposed budget and petition for order approving same, and the said audited report, at the office of the Clerk of the above-entitled Court at the Federal Court Building, 400 South Virginia Street, Third Floor, Reno, Nevada, 89501, and may, if they so desire, file written objections to either or any of them.

**YOU ARE FURTHER NOTIFIED** that the hearing on the above petition, and any objections thereto, will be held before the Honorable MIRANDA M. DU, Federal Court Building,

Courtroom 5
400 South Virginia Street, ~~Third Floor~~, Reno, Nevada 89501, on the  19th  day of February, 2021 at 9:00 o'clock  a  m.

**YOU ARE FURTHER NOTIFIED** that in the event no objections are filed in this matter before  4th  day of  Febraury 2021 , at the Court's discretion, an order may be entered based on the facts set forth in the petition filed herein.

DATED this  5th  day of  January , 20 21 .

**United States District Court**

By:  /s/ Peggie Vannozzi
     Deputy Clerk