John K. Gallagher, Esq.
Nevada State Bar No. 956
Patrick H. Gallagher, Esq.
Nevada State Bar No. 14875
GUILD, GALLAGHER & FULLER, LTD.
100 West Liberty Street, Suite 800
P.O. Box 2838
Reno, Nevada 89505
Telephone: (775) 786-2366
Fax: (775) 322-9105
*jgallagher@ggfltd.com*
*pgallagher@ggfltd.com*

*Attorneys for Chad Blanchard, Water Master*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALPINE LAND & RESERVOIR COMPANY, a corporation, et al.,<br><br>Defendants. | IN EQUITY<br><br>Case No. 3:73-CV-00183-MMD |

**NOTICE OF THE FILING OF PETITION OF THE WATER MASTER FOR AN ORDER APPROVING HIS BUDGET FOR 2020-2021; FOR CREATING ASSESSMENTS; FOR THE TIME OF HEARING THEREOF; AND OF THE FILING BY THE WATER MASTER OF AN AUDITED REPORT FOR THE FISCAL YEAR ENDING SEPTEMBER 30, 2021.**

**TO:    ALL INTERESTED PERSONS:**

**YOU ARE HEREBY NOTIFIED** that on December 30, 2021, CHAD BLANCHARD, Water Master appointed herein, filed a Petition for an Order:

1. Approving his general budget and creating an assessment in the above-entitled matter. Attached to said Petition is the Water Master's estimated budget for the period from October 1, 2021 to September 30, 2022. The proposed total assessment shown in the Petition is for THREE HUNDRED NINETY THOUSAND DOLLARS ($390,000.00), and the proposed manner of

1  payment thereof is as provided in the Final Decree in the above-entitled matter.

2      2.    Approving his filing of an audited report of his books, records and accounts for the fiscal year ending September 30, 2021, as filed.

4      3.    Approving the operation of the Water Master's office for the time ending with the fiscal year ending September 30, 2021.

6      4.    Approving the bond of the Water Master CHAD BLANCHARD.

**YOU ARE FURTHER NOTIFIED** that any water right holders or interested persons may examine the aforesaid proposed budget and petition for order approving same, and the said audited report, at the office of the Clerk of the above-entitled Court at the Federal Court Building, 400 South Virginia Street, Third Floor, Reno, Nevada, 89501, and may, if they so desire, file written objections to either or any of them.

**YOU ARE FURTHER NOTIFIED** that the hearing on the above petition, and any objections thereto, will be held before the Honorable MIRANDA M. DU, Federal Court Building, 400 South Virginia Street, Courtroom  5 , Reno, Nevada 89501, on the  4th  day of  March , 20 22  at  10:30  o'clock  a  m.

**YOU ARE FURTHER NOTIFIED** that in the event no objections are filed in this matter before  25th day of  February , 20 22 , at the Court's discretion, an order may be entered based on the facts set forth in the petition filed herein.

DATED this  4th  day of  January , 20 22 .

**United States District Court**

By: /s/ Peggie Vannozzi
Deputy Clerk

---

2
NOTICE OF THE FILING OF PETITION OF THE WATER MASTER FOR AN ORDER APPROVING HIS BUDGET FOR 2020-2021; ET AL./ CASE NO: 3:73-CV-00183-MMD