John K. Gallagher, Esq.
Nevada State Bar No. 956
Patrick H. Gallagher, Esq.
Nevada State Bar No. 14875
GUILD, GALLAGHER & FULLER, LTD.
100 West Liberty Street, Suite 800
P.O. Box 2838
Reno, Nevada 89505
Telephone: (775) 786-2366
Fax: (775) 322-9105
*jgallagher@ggfltd.com*
*pgallagher@ggfltd.com*

*Attorneys for Chad Blanchard, Water Master*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALPINE LAND & RESERVOIR COMPANY, a corporation, et al., <br><br> Defendants. | IN EQUITY <br><br> Case No. 3:73-CV-00183-MMD |

**<u>ORDER APPROVING WATER MASTER'S BUDGET FOR 2022-2023; CREATING AN ASSESSMENT TO REPLENISH THE FUND HERETOFORE ESTABLISHED TO PAY THE EXPENSE OF CONDUCTING THE WATER MASTER'S OFFICE, APPORTIONING THE COSTS THEREOF, PROVIDING THE MANNER AND METHOD OF COLLECTION THEREOF, AND DIRECTING THE DISTRIBUTION OF THE WATERS OF THE CARSON RIVER WHEN NECESSARY</u>**

**BE IT REMEMBERED** that the petition of CHAD BLANCHARD, Water Master appointed herein to administer the Final Decree entered on December 18, 1980, asking that an assessment be created to replenish the fund heretofore established to pay the expenses of conducting the Office of the Water Master for the period from October 1, 2022, to September 30, 2023, and for such other action as might seem meet and proper in the premises, having been filed with the Clerk of this Court, and proper notice having been given to all parties of the filing of said petition, and all

parties having the opportunity to enter objections thereto, and no objections having been entered by any party to the said petition and proposed budget and good cause appearing,

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The budget submitted by the Water Master, which was attached to the Petition as Exhibit "A, is hereby approved as constituting the necessary expenses to be incurred by the Water Master of the Carson River in administering the provisions of the Final Decree filed October 28, 1980, and entered December 18, 1980, for the period from October 1, 2022, to September 30, 2023, and the Water Master is hereby authorized and directed to pay to himself as Water Master and his staff, to employ assistants as may be necessary, and to pay all necessary expenses incurred in administering the Final Decree issued herein, as provided for in said budget.

2. The budget creates an assessment in the sum of FOUR HUNDRED SIXTY-FIVE THOUSAND DOLLARS ($465,000.00) to replenish the fund heretofore established to pay the costs of administration of the Water Master's office, which assessment is to be made on or before April 30, 2023.

3. The water right holders on the Carson River shall pay the Water Master at the rate of SIX DOLLARS ($6.00) per acre their pro-rata share of the costs of the administration of the Water Master's office for the period from October 1, 2022, to September 30, 2023, and providing the water right holders within the Truckee-Carson Irrigation District Pay one-fifth (1/5), of the total cost of the Water Master's administration, which shall be made on or before April 30, 2023, and the remaining four-fifths (4/5) of the costs shall be defrayed by the remaining water right holders on the Carson River subject to the jurisdiction of this Court, in accordance with the water righted acreage possessed by such water right holders as set forth in the Final Decree filed October 28, 1980 and entered December 18, 1980, which costs shall be due on or before April 30, 2023.

4. That the Water Master is granted authority to establish a minimum assessment of SIXTY DOLLARS AND NO CENTS ($60.00) for acreage of ten (10) acres or less owned by any one water right holder.

5. The amounts assessed against each water right holder by the Water Master shall constitute a lien against the water righted lands which are affected by this Decree and that the Water

Master shall cut off the water from any water right holder who does not comply with the requirements that the water right holder pay his/her pro-rata share on or before April 30, 2023, and that the Water Master may collect delinquent payments, including late fees of not less than FIVE DOLLARS ($5.00), in the manner provided by law.

6. The Water Master's audited financial report for the fiscal year ending September 30, 2022, as filed is approved.

7. The Water Master's administration of the provisions of the Final Decree for the period of October 1, 2021, to September 30, 2022, is approved.

8. The Water Master's report and audit for the fiscal year ending September 30, 2023, shall be filed by February 15, 2024.

9. The Water Master is instructed to commence the distribution of the waters of the Carson River on such a date as the Water Master determines that such distribution should commence.

10. The surety bond in the name of the Water Master, CHAD BLANCHARD, in the sum of FIFTY THOUSAND DOLLARS ($50,000.00) is approved.

11. The funded Account for continuing health insurance and benefits on qualified personnel, upon their retirement, pursuant to the Water Master's Personnel and Benefit Policy is approved.

12. That the Clerk of this Court give notice of the required payments to be made by each water user by mailing a copy of this order and the notice annexed hereto to each attorney appearing of record for the plaintiff and sundry defendants in this cause within five (5) days of the entry of this order; the Water Master is further directed to give such notice to the parties hereto and their successors and assigns by publishing a copy of the notice annexed hereto in the following newspapers:  Nevada Appeal, P.O. Box 2288, Carson City, Nevada, 89701; Record-Courier, P.O. Box 2288, Carson City, Nevada 89702-2288; Lahontan Valley News, P.O. Box 1297, Fallon, Nevada 89407-1297 and Mason Valley News, P.O. Box 841, Yerington, Nevada 89447, once a week for two (2) consecutive weeks.

13. That any other action the Water Master deems necessary to properly carry out the

provisions of this decree are hereby approved.

DATED this 28th day of February, 20 23.

/s/ _____

DISTRICT JUDGE