John K. Gallagher, Esq.
Nevada State Bar No. 956
Patrick H. Gallagher, Esq.
Nevada State Bar No. 14875
GUILD, GALLAGHER & FULLER, LTD.
100 West Liberty Street, Suite 800
P.O. Box 2838
Reno, Nevada 89505
Telephone: (775) 786-2366
Fax: (775) 322-9105
*jgallagher@ggfltd.com*
*pgallagher@ggfltd.com*

*Attorneys for Chad Blanchard, Water Master*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALPINE LAND & RESERVOIR COMPANY, a corporation, et al.,<br><br>Defendants. | IN EQUITY<br><br>Case No. 3:73-CV-00183-MMD |

**NOTICE OF THE FILING OF PETITION OF THE WATER MASTER FOR AN ORDER APPROVING HIS BUDGET FOR 2023-2024; FOR CREATING ASSESSMENTS; FOR THE TIME OF HEARING THEREOF; AND OF THE FILING BY THE WATER MASTER OF AN AUDITED REPORT FOR THE FISCAL YEAR ENDING SEPTEMBER 30, 2023.**

**TO:   ALL INTERESTED PERSONS:**

**YOU ARE HEREBY NOTIFIED** that on December 29, 2023, CHAD BLANCHARD, Water Master appointed herein, filed a Petition for an Order:

1. Approving his general budget and creating an assessment in the above-entitled matter. Attached to said Petition is the Water Master's estimated budget for the period from October 1, 2023, to September 30, 2024. The proposed total assessment shown in the Petition is for FIVE HUNDRED FIVE THOUSAND DOLLARS ($505,000.00), and the proposed manner of payment

1

NOTICE OF THE FILING OF PETITION OF THE WATER MASTER FOR AN ORDER APPROVING HIS BUDGET FOR 2023-2024; ET AL./ CASE NO: 3:73-CV-00183-MMD

1  thereof is as provided in the Final Decree in the above-entitled matter.

2      2.    Approving his filing of an audited report of his books, records and accounts for the

3  fiscal year ending September 30, 2023, as filed.

4      3.    Approving the operation of the Water Master's office for the time ending with the

5  fiscal year ending September 30, 2023.

6      4.    Approving the bond of the Water Master CHAD BLANCHARD.

7      **YOU ARE FURTHER NOTIFIED** that any water right holders or interested persons may

8  examine the aforesaid proposed budget and petition for order approving same, and the said audited

9  report, at the office of the Clerk of the above-entitled Court at the Federal Court Building, 400 South

10  Virginia Street, Third Floor, Reno, Nevada, 89501, and may, if they so desire, file written objections

11  to either or any of them.

12      **YOU ARE FURTHER NOTIFIED** that the hearing on the above petition, and any

13  objections thereto, will be held before the Honorable MIRANDA M. DU, Federal Court Building,

14  400 South Virginia Street, Courtroom  5 , Reno, Nevada 89501, on the  1st  day of ___April, 2024

15  at    10:00   o'clock  a  m.

16      **YOU ARE FURTHER NOTIFIED** that in the event no objections are filed in this matter

17  before ____18th day of ____March, 2024_____, at the Court's discretion, an order may be entered based

18  on the facts set forth in the petition filed herein.

19      DATED this  3rd  day of ___January_____ 2024.

20                                 **United States District Court**

21

22                              By:  /s/ P. Vannozzi

23                                     Deputy Clerk

24

25

26

27

28