John K. Gallagher, Esq.
Nevada State Bar No. 956
Patrick H. Gallagher, Esq.
Nevada State Bar No. 14875
GUILD, GALLAGHER & FULLER, LTD.
100 W. Liberty St., Ste. 800
P.O. Box 2838
Reno, NV 89505
Tele:   775-786-2366
Fax:    775-322-9105
Email: *jgallagher@ggfltd.com*
       *pgallagher@ggfltd.com*

*Attorneys for the U.S. District Court Water Master*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALPINE LAND & RESERVOIR ) <br> COMPANY, a corporation, et al., ) <br> ) <br> Defendants. ) <br> ) | IN EQUITY <br> Case No: 3:73-cv-00183-MMD <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION TO DISQUALIFY DEPUTY WATER MASTER STEVE WILCOX AND DEPUTY WATER MASTER DAVID WATHEN** <br><br> (First Request) |

TOBIN A. GEORGE and MARGARET M. GEORGE, Trustees of THE GEORGE FAMILY TRUST, dated July 1, 2022 (the "George Family Trust"), by and through their attorney, TAMARA C. THIEL, ESQ. of the law firm TAGGART & TAGGART, LTD. and JOHN K. GALLAGHER, ESQ. and PATRICK H. GALLAGHER, ESQ. of the law firm GUILD, GALLAGHER & FULLER, LTD., on behalf of the U.S. DISTRICT COURT WATER MASTER ("Water Master") (collectively "Parties"), hereby stipulate and agree as follows:

1.  On June 23, 2025, the George Family Trust filed a Motion to Disqualify Steve Wilcox and David Wathen of the Office of the U.S. District Court Federal Water Master from their role as Deputy Assistant Water Masters for the Carson River Decree in relation to the delivery of water under Permit 67473. (ECF No. 3384).

2.  The Water Master's Response to the Motion to Disqualify is currently due on July 7,

1  2025.

2  3. The Water Master requests additional time to file its Response to August 8, 2025, because a number of employees in the office of the Water Master, as well as Counsel for the Water Master, have scheduled vacations beginning the Fourth of July holiday week and overlapping the following weeks during July. The Motion to Disqualify is twenty-five (25) pages long and will require the coordination of several employees in the office of the Water Master with Counsel to prepare a Response. For the above reasons, good cause exists to extend the time period for the Water Master to file its Opposition to the Motion to Disqualify to August 8, 2025.

4. The extension sought in this Stipulation is made in good faith and not for purposes of delay. By entering this stipulation, the parties agree that they do not waive or forfeit any claims, defense, or arguments they may otherwise have.

DATED this 2nd day of July 2025.

TAGGART & TAGGART, LTD.

By: /s/ *Tamara C. Thiel*
Tamara C. Thiel, Esq.
Nevada State Bar No. 15659
108 North Minnesota Street
Carson City, Nevada 89703
Tel:  (775) 882-9900

*Attorney for the George Family Trust*

DATED this 2nd day of July 2025.

GUILD, GALLAGHER & FULLER, LTD.

By: /s/ *John K. Gallagher*
John K. Gallagher, Esq.
Nevada State Bar No. 000956
Patrick H. Gallagher, Esq.
Nevada State Bar No. 14875
100 W. Liberty Street, Suite 800
P.O. Box 2838
Reno, Nevada 89501
Tel:   (775) 786-2366
Fax:  (775) 322-9105

*Attorneys for the U.S. District Court Water Master*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED:  July 3, 2025