John K. Gallagher, Esq.
Nevada State Bar No. 956
Patrick H. Gallagher, Esq.
Nevada State Bar No. 14875
GUILD, GALLAGHER & FULLER, LTD.
100 W. Liberty St., Ste. 800
P.O. Box 2838
Reno, NV 89505
Tele:   775-786-2366
Fax:    775-322-9105
Email: *jgallagher@ggfltd.com*
           *pgallagher@ggfltd.com*

*Attorneys for the U.S. District Court Water Master*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALPINE LAND & RESERVOIR ) <br> COMPANY, a corporation, et al., ) <br> ) <br> Defendants. ) <br> ) | IN EQUITY <br> Case No: 3:73-cv-00183-MMD <br> ORDER GRANTING <br> **STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION TO DISQUALIFY DEPUTY WATER MASTER STEVE WILCOX AND DEPUTY WATER MASTER DAVID WATHEN** <br> (Second Request) |

TOBIN A. GEORGE and MARGARET M. GEORGE, Trustees of THE GEORGE FAMILY TRUST, dated July 1, 2022 (the "George Family Trust"), by and through their attorney, TAMARA C. THIEL, ESQ. of the law firm TAGGART & TAGGART, LTD. and JOHN K. GALLAGHER, ESQ. and PATRICK H. GALLAGHER, ESQ. of the law firm GUILD, GALLAGHER & FULLER, LTD., on behalf of the U.S. DISTRICT COURT WATER MASTER ("Water Master") (collectively "Parties"), hereby stipulate and agree as follows:

1.  On June 23, 2025, the George Family Trust filed a Motion to Disqualify Steve Wilcox and David Wathen of the Office of the U.S. District Court Federal Water Master from their role as Deputy Assistant Water Masters for the Carson River Decree in relation to the delivery of water under Permit 67473. (ECF No. 3384).

2.  The Water Master's Response to the Motion to Disqualify was due on July 7, 2025.

3. On July 2, 2025, the Parties stipulated to extend the Water Master's Response to the Motion to Disqualify to August 8, 2025. (ECF No. 3385)

4. The Water Master requests a short additional extension to file its Response to August 11, 2025, because Counsel for the Water Master was out of the office for all of last week attending to a family medical emergency out of state, which has delayed the finalization of its Response.

5. The extension sought in this Stipulation is made in good faith and not for purposes of delay. By entering this stipulation, the parties agree that they do not waive or forfeit any claims, defense, or arguments they may otherwise have.

DATED this 7th day of August 2025.

TAGGART & TAGGART, LTD.

By: /s/ *Tamara C. Thiel*
Tamara C. Thiel, Esq.
Nevada State Bar No. 15659
108 North Minnesota Street
Carson City, Nevada 89703
Tel: (775) 882-9900

*Attorney for the George Family Trust*

DATED this 7th day of August 2025.

GUILD, GALLAGHER & FULLER, LTD.

By: /s/ *John K. Gallagher*
John K. Gallagher, Esq.
Nevada State Bar No. 000956
Patrick H. Gallagher, Esq.
Nevada State Bar No. 14875
100 W. Liberty Street, Suite 800
P.O. Box 2838
Reno, Nevada 89501
Tel: (775) 786-2366
Fax: (775) 322-9105

*Attorneys for the U.S. District Court Water Master*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: August 8, 2025