TAMARA C. THIEL, ESQ.
Nevada State Bar No. 15659
TAGGART & TAGGART, LTD.
108 North Minnesota Street
Carson City, Nevada 89703
(775) 882-9900 – Telephone
Tammy@legaltnt.com
*Attorney for the George Family Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALPINE LAND & RESERVOIR COMPANY, a corporation, et al.,<br><br>Defendants. | IN EQUITY<br>Case No: 3:73-CV-00183-MMD<br><br>ORDER GRANTING<br><u>**STIPULATION TO EXTEND TIME TO FILE REPLY TO RESPONSE TO MOTION TO DISQUALIFY DEPUTY WATER MASTER STEVE WILCOX AND DEPUTY WATER MASTER DAVID WATHEN**</u><br><br>(First Request) |

TOBIN A. GEORGE and MARGARET M. GEORGE, Trustees of THE GEORGE FAMILY TRUST, dated July 1, 2002 (the "George Family Trust"), by and through their attorney, TAMARA C. THIEL, ESQ. of the law firm TAGGART & TAGGART, LTD., and JOHN K. GALLAGHER, ESQ. and PATRICK H. GALLAGHER, ESQ. of the law firm GUILD, GALLAGHER & FULLER, LTD., on behalf of the U.S. DISTRICT COURT WATER MASTER ("Water Master") (collectively "Parties"), hereby stipulate and agree as follows:

1. On June 23, 2025, the George Family Trust filed a Motion to Disqualify Deputy Water Master Steve Wilcox and Deputy Water Master David Wathen from their roles as Deputy Assistant Water Masters for the Carson River Decree in relation to the delivery of water under Permit 67473. (ECF No. 3384).

1

2. The Water Master's Response to the Motion to Disqualify was due on July 7, 2025, which deadline was extended twice under stipulation, with a final due date of August 11, 2025. (ECF No. 3388)

3. On August 11, 2025, the Water Master filed their Response to the Motion to Disqualify, with over 70 exhibits. (ECF No. 3389).

4. The current deadline for the George Family Trust to file its Reply is August 18, 2025.

5. The George Family Trust requests an extension to file their Reply to September 3, 2025. The Water Master's Response is 24 pages with over 70 exhibits and will require coordination of the Geroge Family Trust with their attorneys and support staff, several of which have been out sick this week. Because of workload constraints and to allow a full and thorough review of the Response and Exhibits, good cause exists to extend the time for a reply to September 3, 2025.

6. The extension sought in this Stipulation is made in good faith and not for purposes of delay. By entering this stipulation, the Parties agree that they do not waive or forfeit any claims, defense, or arguments they may otherwise have.

//
//
//
//
//
//
//
//

-2-

**AFFIRMATION**
**PURSUANT TO NRS 239B.030**

The undersigned do hereby affirm that the preceding document does not contain the social security number of any persons.

DATED this 14th day of August 2025.  DATED this 14th day of August 2025.

TAGGART & TAGGART, LTD.  GUILD, GALLAGHER & FULLER, LTD.

By: /s/ Tamara C. Thiel
    TAMARA C. THIEL - NSB # 15659
    108 North Minnesota Street
    Carson City, Nevada 89703
    (775) 882-9900
    tammy@legaltnt.com
    *Attorney for The George Family Trust*

By: /s/ John K. Gallagher
    JOHN K. GALLAGHER - NSB # 956
    PATRICK H. GALLAGHER - NSB # 14875
    100 W. Liberty Street, Suite 800
    P.O. Box 2838
    Reno, Nevada 89501
    (775) 786-2366
    *Attorneys for the Water Master*

**IT IS SO ORDERED.**

DATED this 14th day of August 2025.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of TAGGART & TAGGART, LTD., and that on this date, I served, or caused to be served, a true and correct copy of the forgoing with the Clerk of Court using the Case Management/Electronic Case Filing, which will send notification to the attorneys of record in this case.

DATED this 14th day of August 2025.

　　　　　　　　　　　　　　　　　/s/ Abby Schuhmacher
　　　　　　　　　　　　　　　　　Employee of TAGGART & TAGGART, LTD.

-4-